Todd M. Friedman, Esq. (216752)
Darin Shaw, Esq. (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY GRECO,**  <br>Plaintiff,  <br><br>vs.  <br><br>**ENHANCED RECOVERY COMPANY LLC**  <br>Defendant. | Case No. 2:11-cv-05961-DDP -SS  <br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 26Th day of October, 2011.

By:   s/Todd M. Friedman
      Todd M. Friedman, Esq.
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 26th day of October, 2011, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 26th day of October, 2011, via the ECF system to:

Dean D. Pregerson
Judge of the United States District Court
Central District of California

Copy sent via mail on this 26th day of October, 2011, to:

Ginny L. Walker
Director of Compliance and Administration
Enhanced Recovery Company, LLC
8014 Bayberry Rd.
Jacksonville, FL 32256

By: s/Todd M. Friedman
　　　Todd M. Friedman

Notice of Dismissal - 2